IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD R. TATE,

        Petitioner,

vs.                                                          CASE NO. 5:06cv103/RS

DEPARTMENT OF CORRECTIONS,

        Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 14). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Notice of Voluntary Dismissal (Doc. 13) is granted.

3. All pending motions are denied as moot.

4. This action is dismissed without prejudice.

5. The clerk is directed to close the file.


ORDERED on September 22, 2006.


                                                      **/S/ Richard Smoak**
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**